1  CONNIE L. MICHAELS, Bar No. 128065
   MEGHANN BARLOEWEN, Bar No. 221904
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East
   5th Floor
4  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
5  Facsimile:    310.553.5583
   E-mail: cmichaels@littler.com
6
7  Attorneys for Defendant
   PRAXAIR DISTRIBUTION, INC.
8

JS-6

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA

11 | DAVID PAZ,                              | Case No.  CV11-05036 RGK (JCGx)
12 |         Plaintiff,                      | ASSIGNED FOR ALL PURPOSES TO JUDGE R. GARY KLAUSNER
13 | v.                                      |
14 | PRAXAIR DISTRIBUTION, INC.; and         | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE
15 | DOES 1 through 100 inclusive            |
16 |         Defendant.                      |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1     Good cause appearing therefore, IT IS HEREBY ORDERED that the above-
2 captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules
3 of Civil Procedure, Rule 41(a)(1). Each party shall bear its own costs and attorneys'
4 fees.

5 Dated: February 01, 2012

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT
COURT JUDGE

Firmwide:109069309.3 045147.1213

2.